CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

OCT 10 2018

JULIA C. DUDLEY, CLERK
BY: /s/ L. Clark
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON

UNITED STATES OF AMERICA

v.

MICHAEL ANTHONY WILSON
CHRISTYEN ELIJAH SUMPTER

Case No. 1:18CR24

Violations: 18 U.S.C. §§ 1951, 2312, and 2313

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

1. On or about May 28, 2018, in the Western District of Virginia and elsewhere, MICHAEL ANTHONY WILSON ("WILSON") and CHRISTYEN ELIJAH SUMPTER ("SUMPTER"), as principals and aiders and abettors, in any way or degree, obstructed, delayed, or affected commerce, by robbery and extortion and attempted to so do and threatened physical violence to any person or property in furtherance of a plan or purpose to obstruct, delay, or affect commerce.

2. On or about May 28, 2018, WILSON and SUMPTER robbed a clerk at the I-81 Travel Plaza store in Wythe County, Virginia.

3. All in violation of Title 18, United States Code, Sections 2 and 1951.

### COUNT TWO

The Grand Jury charges that:

1. On or about May 28, 2018, in the Western District of Virginia and elsewhere, MICHAEL ANTHONY WILSON and CHRISTYEN ELIJAH SUMPTER, as principals and aiders and abettors, possessed a motor vehicle which had crossed a state boundary after being stolen, knowing the same to have been stolen.

2. All in violation of Title 18, United States Code, Sections 2 and 2313.

1

# COUNT THREE

The Grand Jury charges that:

1. On or about May 28, 2018, in the Western District of Virginia and elsewhere, MICHAEL ANTHONY WILSON and CHRISTYEN ELIJAH SUMPTER, as principals and aiders and abettors, transported in interstate or foreign commerce, a motor vehicle, knowing the same to have been stolen.

2. All in violation of Title 18, United States Code, Sections 2 and 2312.

A true bill, this 10th day of October, 2018.

/s/ Grand Jury Foreperson

THOMAS T. CULLEN
United States Attorney
Western District of Virginia