IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| ) | |
| v. ) | CASE No.: 1:18-cr-00024 |
| ) | |
| CHRISTYEN ELIJAH SUMPTER ) | |

### NOTICE OF APPEAL and
### MOTION TO WITHDRAW AS COUNSEL

Notice is hereby given that the defendant, Christyen Elijah Sumpter, by counsel, appeals the decision of this Honorable Court rendered on October 16, 2019 to the United States Court of Appeals for the Fourth Circuit. The final judgment order has not yet been entered herein.

The undersigned counsel moves to withdraw as counsel for the defendant because she is employed full time as the Louisa County Attorney and requests this case be assigned to an attorney on the CJA Panel for the Fourth Circuit Court of Appeals.

Respectfully submitted,

Christyen Elijah Sumpter
By Counsel

s/Helen E. Phillips
Helen E. Phillips
Phillips Law Firm, LLC
P.O. Box 517
Abingdon, VA 24212
276-258-5591
helen@phillips-lawfirm.com
Va. Bar #29708

CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the foregoing document was electronically filed and will be forwarded to the Assistant United States Attorney this 17th day of October, 2019.

                                                s/Helen E. Phillips
                                                Helen E. Phillips